## JOSE QUINTANA *v.* COMMISSIONER OF CORRECTION

The petitioner Jose Quintana's petition for certification for appeal from the Appellate Court, 55 Conn. App. 426 (AC 18421), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Norman A. Pattis*, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided December 7, 1999